DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID LEE STOTLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1325

[August 12, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502001CF012764AXXX.

David Lee Stotler, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***